UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Jerry Isham, et al. | : | |
| Plaintiffs, | : | Case No. 1:19cv577 |
| v. | : | Judge Michael R. Barrett |
| City of Cincinnati, et al. | : | NOTICE OF DISMISSAL WITH PREJUDICE |
| Defendants. | : | |
| | : | |

Come now the Plaintiffs, Jerry Isham and Anthony Edwards, by and through undersigned counsel and, pursuant to Fed.R. 41, hereby tender this Notice of Dismissal, with prejudice, of all claims herein.

Respectfully submitted,

  /s/ Christopher P. Finney
Christopher P. Finney
Brian C. Shrive
Finney Law Firm LLC
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, OH   45245
(513) 943-6650
*chris@finneylawfirm.com*
*brian@finneylawfirm.com*